BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $433,010.00 IN U.S. CURRENCY,<br><br>Defendant. | 2:14-CV-01611-GEB-EFB<br><br>REQUEST AND [PROPOSED] ORDER TO (1) CONTINUE SCHEDULING CONFERENCE AND (2) CONTINUE DEADLINE TO FILE JOINT STATUS REPORT |

The United States requests that the Court (1) continue the initial pretrial scheduling conference from October 27, 2014 at 9:00 am to November 10, 2014 at 9:00 am, and (2) continue the deadline to file a Joint Status Report ("JSR") from October 10, 2014 to October 27, 2014. For the reasons set forth below, there is good cause to continue the status conference and the deadline to file a JSR.

## Introduction

On July 8, 2014, the United States filed a civil forfeiture complaint against the above-captioned currency ("Defendant Currency") based on its alleged involvement in federal drug law violations. All known potential claimants to the defendant properties were served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority. Additionally, public notice on the official

internet government forfeiture site, www.forfeiture.gov, began on July 12, 2014, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of Publication was filed on August 19, 2014.  Potential claimant Marshal Rothman ("Rothman") was served on July 21, 2014. Rothman filed a claim on August 20, 2014 (Doc. 8).

## Good Cause

The United States has granted an extension until October 10, 2013, for potential claimant Rothman to file an answer in this case.  The United States and counsel for Rothman have also held preliminary settlement discussions.  Once Rothman has answered the complaint, the parties will meet and confer regarding discovery, scheduling and other issues, and file a joint status report.

There is good cause to continue the initial scheduling conference and deadline to file a joint status report.

Dated:  10/10/14                              BENJAMIN B. WAGNER
                                              United States Attorney

                                      By:    /s/ Jeffrey A. Spivak
                                              JEFFREY A. SPIVAK
                                              Assistant U.S. Attorney

## [PROPOSED] ORDER

Pursuant to the United States' request and good cause appearing, the Court makes the following order:  the initial pretrial scheduling conference is continued from October 27, 2014 at 9:00 am to November 10, 2014 at 9:00 am, and (2) the deadline to file a Joint Status Report ("JSR") is continued from October 10, 2014 to October 27, 2014.

IT IS SO ORDERED.

Dated:  October 10, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge