1 BENJAMIN B. WAGNER
United States Attorney
2 JEFFREY A. SPIVAK
Assistant U. S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA  95814
4 Telephone:  (916) 554-2700

5 Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14−CV−01611-GEB-EFB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO STAY FURTHER PROCEEDINGS AND ORDER |
| APPROXIMATELY $433,010.00 IN U.S. CURRENCY, | |
| Defendant. | DATE:         N/A<br>TIME:         N/A<br>COURTROOM: N/A |

   The United States and Claimant Marshal Rothman ("claimant") hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings until the resolution of the related criminal case.

   1.   Claimant has filed a claim in this *in rem* forfeiture action, asserting he is the lawful owner of the defendant assets.  (ECF #8).

   2.   There is an active criminal case in the Eastern District of Missouri (<u>U.S. v. Kyle Kienstra, et al.; 4:14-CR-00250-</u>CDP) that alleges that these same defendant assets are subject to forfeiture as proceeds of drug trafficking.  That case is ongoing.

   3.   The United States seeks a stay of this civil forfeiture case.  The United States believes that civil discovery will adversely affect the ability of the Government to conduct

the prosecution of the related case.  Thus the United States believes a stay is appropriate pursuant to 18 U.S.C. §§ 981(g)(1) ("Upon motion of the United States, the court shall stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case.")

    4.    Claimant stipulates that such stay is appropriate.  See also 18 U.S.C. § 981(g)(2) ("Upon the motion of a claimant, the court shall stay the civil forfeiture proceeding with respect to the claimant if the court determines that the claimant is the subject of a related criminal investigation or case, the claimant has standing to asset a claim in the civil forfeiture proceeding, and continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination win the related investigation or case.").

    5.    For these reasons, the parties jointly request that these matters be stayed until the conclusion of the related criminal case.  At that time the parties will advise the court of the status of the criminal investigation, if any, and will advise the court whether a further stay is necessary.

Dated: 5/1/15                                  BENJAMIN B. WAGNER
                                                United States Attorney

                                  By:   /s/ Jeffrey A. Spivak
                                          JEFFREY A. SPIVAK
                                          Assistant U.S. Attorney

Dated: 5/1/15                                  /s/ James Bustamante
                                          JAMES BUSTAMANTE
                                          Attorney for Claimant Marshal Rothman

                                          (As authorized via email)

## ORDER

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i) until the conclusion of the related criminal case, at which time the parties will advise the Court whether a further stay is necessary.

IT IS SO ORDERED.

Dated: May 4, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge