PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $433,010.00 IN U.S. CURRENCY,<br><br>    Defendant. | 2:14-CV-01611-GEB-EFB<br><br>STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE; CERTIFICATE OF REASONABLE CAUSE |

It is stipulated by and between the United States of America and claimant Marshal Rothman ("Claimant"), by and through their respective counsel of record (the "Stipulation"), as follows:

1. The defendant approximately $433,010.00 in U.S. Currency ("defendant currency") is the only named defendant in the above entitled action.

2. The only party who has filed a claim in this action is Marshal Rothman.

3. The parties to this Stipulation agree this action against the defendant currency shall be dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

4. The defendant currency was forfeited through the criminal case on February 19, 2016, in the Eastern District of Missouri in *U.S. v. Kyle Kienstra, et al.*, 4:14-CR-00250-CDP.

5. The parties are to bear their own costs and attorney fees.

6. For purposes of effectuating this stipulation and dismissal only, the parties do not

contest there was probable cause for the seizure of the defendant currency and the commencement of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

Dated:  10-6-16                           PHILLIP A. TALBERT
                                          Acting United States Attorney

                                    By:   /s/ Jeffrey A. Spivak
                                          JEFFREY A. SPIVAK
                                          Assistant U.S. Attorney

Dated:  9-7-16                            /s/ James Bustamante
                                          JAMES BUSTAMANTE
                                          Attorney for Claimant

Dated:  9/30/16                           /s/ Marshal Rothman
                                          MARSHAL ROTHMAN
                                          Claimant

                                          Signatures retained by attorney

## ORDER

IT IS SO ORDERED and based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed July 8, 2014, and the Stipulation for Dismissal Without Prejudice filed herewith, the Court enters a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the defendant currency and the commencement of this forfeiture action.

Dated:  October 7, 2016

                                          _____
                                          GARLAND E. BURRELL, JR.
                                          Senior United States District Judge